NO. SCWC-29800

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GREGORY KANAHELE, SR., Individually and as Next Friend
of GREGORY KANAHELE, JR., a minor,
and TRISHALYNN KANAHELE, a minor,
Petitioners/Plaintiffs-Appellees/Cross-Appellants

vs.

JAMES HAN, Respondent/Defendant-Appellant/Cross-Appellee

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 06-1-0597)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Acoba, J., for the court[1])

The Application for Writ of Certiorari filed on July 5,

2011 by Petitioners/Plaintiffs-Appellees/Cross-Appellants Gregory

Kanahele, Sr., Individually and as Next Friend of Gregory

Kanahele, Jr., a minor, and Trishalynn Kanahele, a minor, is

---

[1]    Considered by:  Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.

accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, August 11, 2011.

FOR THE COURT:

/s/ Simeon R. Acoba, Jr.

Associate Justice



Richard Turbin, Rai Saint Chu, and Janice D. Heidt (Turbin Chu, a Law Corporation), for petitioners/plaintiffs-appellees/cross-appellants, on the application.

James T. Wong, for respondent/defendant-appellant/cross-appellee, on the response.